AcceptanceNOW
Attn: Bankruptcy
5501 Headquarters Dr
Plano, TX 75024-5837


AES
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Ally Financial, Inc
500 Woodward Ave
Detroit, MI 48226-3416


American Education Services
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105-2461


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540


Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634


Bryn Mawr Hospital
Attn: Bankruptcy
130 S Bryn Mawr Ave
Bryn Mawr, PA 19010-3121

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Ccholdings
Po Box 9201
Old Bethpage, NY 11804

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Attn: Citicorp Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Comenity Capital Bank
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Cornerstone
633 Spirit Drive
Chesterfield, MO 63005

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851


Fingerhut
Attn: Bankruptcy 6250 Ridgewood Road
Saint Cloud, MN 56303


First Savings Bank
Attn: Bankruptcy
1500 S Highline Ave
Sioux Falls, SD 57110-1003


Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Macy's/ DSNB
Atytn: Bankruptcy 701 E. 60th Street
North
Sioux Falls, SD 57104


Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904


Mariner Finance, LLC
Attn: Bankruptcy 8211 Town Center Drive
Nottingham, MD 21236

Montgomery County Tax
Claim Bureau
1 Montgomery Plz Ste 600
Norristown, PA 19401-4851

Navient
Attn: Bankruptcy
PO Box 9500
Wilkes Barre, PA 18773

Nelnet
Attn: Bankruptcy
121 S 13th St
Lincoln, NE 68508-1904

NMAC
Attn: Bankruptcy
PO Box 660366
Dallas, TX 75266-0366

Nordstrom FSB
ATTN: Bankruptcy
PO Box 6555
Englewood, CO 80155-6555

Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Pennsylvania Turnpike
Commission
300 East Park Drive
Harrisburg, PA 17111

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Select Portfolio Servicing, Inc
Attn: Bankruptcy
PO Box 65250
Salt Lake City, UT 84165-0250

Springlf Fin
Po Box 1010
Evansville, IN 47706

Synchrony Bank
Po Box 965064
Orlando, FL 32896-5064

Township of Lower Merion
75 E Lancaster Ave
Ardmore, PA 19003-2300

U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009


Uplift, Inc.
Attn: Bankruptcy
440 N Wolfe Rd
Sunnyvale, CA 94085-3869


Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070