*LOWER MERION SCHOOL DISTRICT*
*301 E MONTGOMERY AVE*
*ARDMORE,PA 19003*

*Date* 3/15/2024  V1236412

Amount  ***********

 

P<sub>AY</sub> *******************VOID CHECK***************

*To the Order of*
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 3/2/2024 | V1236412 | 3/15/2024 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,931.81 | 29,590.86 | FICA | 275.98 | 1,669.57 | 275.98 | 1,669.57 |
| ADDTL HRS | | | .00 | 78.46 | MEDICARE | 64.54 | 390.45 | 64.54 | 390.45 |
| | | | | | FED TAX | 271.03 | 1,673.49 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 12.00 | .00 | 0.00 |
| | | | | | PAUC | 3.45 | 20.76 | .00 | 0.00 |
| | | | | | STATE TAX | 143.05 | 860.71 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 369.89 | 2,225.22 | 1,676.82 | 10,087.59 |
| | | | | | DISABILITY | 30.63 | 183.78 | .00 | 0.00 |
| | | | | | FLEXMED | 127.08 | 762.48 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 1,249.98 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 253.02 | .00 | 0.00 |
| | | | | | MEDICAL F | 145.12 | 870.72 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 600.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 600.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 142.44 |
| | | | | | PACE DUES | .00 | 52.00 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,800.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 1,800.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,448.54 | 14,645.14 | .00 | 0.00 |
| **Totals** | 0.00 | | 4931.81 | 29,669.32 | **Totals** | 4,931.81 | 29,669.32 | 2,017.34 | 12,290.05 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                                    300.00
MERCK S&D FEDERAL CREDUN 231386645    300.00
AMERICAN HERITAGE 236082944              2,448.54

**Net Pay**
3,048.54

*Employee*
BERNICE SHIPPEN

*Tax Information*

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

**Notes:**

```
LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003                                            Date
                                                      3/1/2024   V1234619
```




```
                                                    Amount  ***********
PAY ******************VOID CHECK***************

To the
Order of   BERNICE SHIPPEN
           108-9 WEST SPRING AVE.
           ARDMORE, PA
           19003
```

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 2/17/2024 | V1234619 | 3/1/2024 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,931.81 | 24,659.05 | FICA | 283.79 | 1,393.59 | 283.79 | 1,393.59 |
| ADDTL HRS | 2.00 | 39.23 | 78.46 | 78.46 | MEDICARE | 66.37 | 325.91 | 66.37 | 325.91 |
| | | | | | FED TAX | 297.44 | 1,402.46 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 10.00 | .00 | 0.00 |
| | | | | | PAUC | 3.51 | 17.31 | .00 | 0.00 |
| | | | | | STATE TAX | 145.46 | 717.66 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 375.77 | 1,855.33 | 1,703.49 | 8,410.77 |
| | | | | | DISABILITY | 30.63 | 153.15 | .00 | 0.00 |
| | | | | | FLEXMED | 127.08 | 635.40 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 1,041.65 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 210.85 | .00 | 0.00 |
| | | | | | MEDICAL F | 145.12 | 725.60 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 500.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 500.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 47.48 | 142.44 |
| | | | | | PACE DUES | 10.40 | 52.00 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,500.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 1,500.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,472.20 | 12,196.60 | .00 | 0.00 |
| **Totals** | 2.00 | | 5010.27 | 24,737.51 | **Totals** | 5,010.27 | 24,737.51 | 2,101.13 | 10,272.71 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

```
TD BANK 036001808                              300.00
MERCK S&D FEDERAL CREDUN 231386645             300.00
AMERICAN HERITAGE 236082944                  2,472.20
```

**Net Pay**

3,072.20

*Employee*

BERNICE SHIPPEN

*Tax Information*

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

**Notes:**

LOWER MERION SCHOOL DISTRICT  
301 E MONTGOMERY AVE  
ARDMORE, PA 19003

Date 2/16/2024  V1232857

Amount **********

PAY ******************VOID CHECK***************




To the Order of:  
BERNICE SHIPPEN  
108-9 WEST SPRING AVE.  
ARDMORE, PA  
19003

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 2/3/2024 | V1232857 | 2/16/2024 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,931.81 | 19,727.24 | FICA | 275.98 | 1,109.80 | 275.98 | 1,109.80 |
| | | | | | MEDICARE | 64.54 | 259.54 | 64.54 | 259.54 |
| | | | | | FED TAX | 271.03 | 1,105.02 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 8.00 | .00 | 0.00 |
| | | | | | PAUC | 3.45 | 13.80 | .00 | 0.00 |
| | | | | | STATE TAX | 143.05 | 572.20 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 369.89 | 1,479.56 | 1,676.82 | 6,707.28 |
| | | | | | DISABILITY | 30.63 | 122.52 | .00 | 0.00 |
| | | | | | FLEXMED | 127.08 | 508.32 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 833.32 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 168.68 | .00 | 0.00 |
| | | | | | MEDICAL F | 145.12 | 580.48 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 400.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 400.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | .00 | 94.96 |
| | | | | | PACE DUES | 10.40 | 41.60 | .00 | 0.00 |
| | | | | | TD | 300.00 | 1,200.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 1,200.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,438.14 | 9,724.40 | .00 | 0.00 |
| **Totals** | 0.00 | | 4931.81 | 19,727.24 | **Totals** | 4,931.81 | 19,727.24 | 2,017.34 | 8,171.58 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                                300.00  
MERCK S&D FEDERAL CREDUN 231386645               300.00  
AMERICAN HERITAGE 236082944                    2,438.14

**Net Pay**  
3,038.14

*Employee*  
BERNICE SHIPPEN

*Tax Information*

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

**Notes:**

*LOWER MERION SCHOOL DISTRICT*
*301 E MONTGOMERY AVE*
*ARDMORE,PA 19003*

Date 2/2/2024    V1231099

Amount ***********




PAY ****************VOID CHECK***************

*To the Order of*   BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 1/20/2024 | V1231099 | 2/2/2024 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,931.81 | 14,795.43 | FICA | 278.92 | 833.82 | 278.92 | 833.82 |
| | | | | | MEDICARE | 65.23 | 195.00 | 65.23 | 195.00 |
| | | | | | FED TAX | 281.48 | 833.99 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 6.00 | .00 | 0.00 |
| | | | | | PAUC | 3.45 | 10.35 | .00 | 0.00 |
| | | | | | STATE TAX | 143.05 | 429.15 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 369.89 | 1,109.67 | 1,676.82 | 5,030.46 |
| | | | | | DISABILITY | 30.63 | 91.89 | .00 | 0.00 |
| | | | | | FLEXMED | 127.08 | 381.24 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 624.99 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 126.51 | .00 | 0.00 |
| | | | | | MEDICAL F | 145.12 | 435.36 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 300.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 300.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 47.48 | 94.96 |
| | | | | | PACE DUES | 10.40 | 31.20 | .00 | 0.00 |
| | | | | | TD | 300.00 | 900.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 900.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,424.06 | 7,286.26 | .00 | 0.00 |
| **Totals** | 0.00 | | 4931.81 | 14,795.43 | **Totals** | 4,931.81 | 14,795.43 | 2,068.45 | 6,154.24 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                              300.00
MERCK S&D FEDERAL CREDUN 231386645             300.00
AMERICAN HERITAGE 236082944                  2,424.06

**Net Pay**    3,024.06

*Employee*   BERNICE SHIPPEN

*Tax Information*

|  | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

**Notes:**

LOWER MERION SCHOOL DISTRICT
301 E MONTGOMERY AVE
ARDMORE, PA 19003

Date 4/12/2024   V1239942

 

PAY ******************VOID CHECK***************   Amount ***********

To the Order of:
BERNICE SHIPPEN
108-9 WEST SPRING AVE.
ARDMORE, PA
19003

CREATED BY EMPLOYEE ACCESS CENTER

**Statement of Earnings and Deductions**

| Location | Employee No. | Period Ending | Check No. | Check Date |
|---|---|---|---|---|
| 52 | 2439 | 3/30/2024 | V1239942 | 4/12/2024 |

| Earnings | | | | | Employee Deductions | | | Employer Contributions | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Current | Year to Date | Description | Current | Year to Date | Current | Year to Date |
| REG PAY | | | 4,931.81 | 39,454.48 | FICA | 278.92 | 2,224.34 | 278.92 | 2,224.34 |
| EXC SICK | | | .00 | -337.44 | MEDICARE | 65.23 | 520.19 | 65.23 | 520.19 |
| ADDTL HRS | | | .00 | 78.46 | FED TAX | 281.48 | 2,253.12 | .00 | 0.00 |
| | | | | | LM LST | 2.00 | 16.00 | .00 | 0.00 |
| | | | | | PAUC | 3.45 | 27.43 | .00 | 0.00 |
| | | | | | STATE TAX | 136.65 | 1,133.95 | .00 | 0.00 |
| | | | | | PSERS 7.5% | 369.89 | 2,939.69 | 1,676.82 | 13,326.50 |
| | | | | | DISABILITY | 30.63 | 214.41 | .00 | 0.00 |
| | | | | | FLEXMED | 127.08 | 889.56 | .00 | 0.00 |
| | | | | | FLEXDEP | 208.33 | 1,458.31 | .00 | 0.00 |
| | | | | | PDUES | 42.17 | 295.19 | .00 | 0.00 |
| | | | | | MEDICAL F | 145.12 | 1,160.96 | .00 | 0.00 |
| | | | | | METLIFE403 | 100.00 | 700.00 | .00 | 0.00 |
| | | | | | METROTH403 | 100.00 | 700.00 | .00 | 0.00 |
| | | | | | GROUP LIFE | .00 | .00 | 47.48 | 189.92 |
| | | | | | PACE DUES | .00 | 52.00 | .00 | 0.00 |
| | | | | | TD | 300.00 | 2,400.00 | .00 | 0.00 |
| | | | | | Merck S&D | 300.00 | 2,400.00 | .00 | 0.00 |
| | | | | | AmerHerita | 2,440.86 | 19,810.35 | .00 | 0.00 |
| **Totals** | 0.00 | | 4931.81 | 39,195.50 | **Totals** | 4,931.81 | 39,195.50 | 2,068.45 | 16,260.95 |

| Leave | Earned | Taken | End Balance |
|---|---|---|---|
| | | | |

TD BANK 036001808                             300.00
MERCK S&D FEDERAL CREDUN 231386645            300.00
AMERICAN HERITAGE 236082944                 2,440.86

**Net Pay**  3,040.86

Employee: BERNICE SHIPPEN

Tax Information

| | Fed | State |
|---|---|---|
| MARITAL STATUS | S | S |
| EXEMPTIONS | 10 | 0 |

Notes: