| | |
|---|---|
| Office Mailing Address: | Send Payments **ONLY** to: |
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-11427-AMC**

| | |
|---|---|
| Bernice Louellen Shippen | Petition Filed Date: 04/29/2024 |
| 108 W Spring Ave Apt 9 | 341 Hearing Date: 08/02/2024 |
| Ardmore  PA    19003-1232 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC »» 001 | Unsecured Creditors | $1,482.28 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC »» 002 | Unsecured Creditors | $14,127.22 | $0.00 | $0.00 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $454.32 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $908.53 | $0.00 | $0.00 |
| 5 | CITIBANK NA »» 005 | Unsecured Creditors | $133.71 | $0.00 | $0.00 |
| 6 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $4,178.78 | $0.00 | $0.00 |
| 7 | CW NEXUS CREDIT CARD HOLDINGS LLC »» 007 | Unsecured Creditors | $1,267.49 | $0.00 | $0.00 |
| 8 | T-MOBILE USA INC »» 008 | Unsecured Creditors | $311.48 | $0.00 | $0.00 |
| 9 | LVNV FUNDING LLC »» 009 | Unsecured Creditors | $8,736.18 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC »» 010 | Unsecured Creditors | $451.00 | $0.00 | $0.00 |
| 11 | JP MORGAN CHASE BANK NA »» 011 | Unsecured Creditors | $6,359.30 | $0.00 | $0.00 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 012 | Unsecured Creditors | $841.45 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK »» 013 | Unsecured Creditors | $1,084.14 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES »» 014 | Unsecured Creditors | $395.40 | $0.00 | $0.00 |
| 15 | PHILADELPHIA PARKING AUTHORITY »» 015 | Unsecured Creditors | $621.00 | $0.00 | $0.00 |
| 16 | QUANTUM3 GROUP LLC »» 016 | Unsecured Creditors | $29,782.30 | $0.00 | $0.00 |
| 17 | MARINER FINANCE LLC »» 017 | Unsecured Creditors | $2,088.73 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11427-AMC**

| 18 | SELECT PORTFOLIO SERVICING INC<br>»» 018 | Mortgage Arrears | $17,882.84 | $0.00 | $0.00 |
| 19 | ONE MAIN FINANCIAL GROUP LLC<br>»» 019 | Unsecured Creditors | $7,501.09 | $0.00 | $0.00 |
| 20 | DISCOVER BANK<br>»» 020 | Unsecured Creditors | $5,246.93 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $1,375.00 |
| Paid to Claims: | $0.00 | Arrearages: | $4,125.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $82,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.