# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Bernice Louellen Shippen,<br>    Debtor .<br><br>TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,<br>    Movant.<br><br>v.<br><br>Bernice Louellen Shippen,    Debtor/Respondent<br><br>Scott F. Waterman, Esquire<br>    Trustee/Respondent | Bankruptcy No. 24-11427-amc<br><br>Chapter 13<br><br>Hearing Date: September 18, 2024<br>Hearing Time: 10:00a.m.<br>Location: Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse 900 Market Street, Suite 400 Philadelphia, PA 19107 |

**CERTIFICATE OF SERVICE OF MOTION OF TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION**

    I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on <u>August 29, 2024</u>, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Bernice Louellen Shippen
108 W Spring Ave Apt 9
Ardmore, PA 19003-1232

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 1910

24-11427-amc<br>
24-181709<br>
MFR

SCOTT F. WATERMAN [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: <u>8/29/2024</u>

                                     **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: <u>/s/ Michelle L. McGowan</u>
Michelle L. McGowan
PA Bar Number 62414
Email: mimcgowan@raslg.com