# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Bernice Louellen Shippen,**<br>      Debtor.<br>**TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE,**<br>      Movant.<br>v.<br>**Bernice Louellen Shippen,**<br>Debtor/Respondent<br>**Scott F. Waterman, Esquire**<br>      Trustee/Respondent | **Bankruptcy No. 24-11427-amc**<br><br>**Chapter 13** |

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

AND NOW, this  20th  day of  Sept. , 2024, upon consideration of TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE ; and it is further

ORDERED, that TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE its successors and/or

assignees be entitled to proceed with appropriate state court remedies against the property located at 112 W. Spring Ave, Ardmore, PA 19003 including without limitation a sheriff's sale of the property, and it is further

ORDERED that TOWD POINT MORTGAGE TRUST 2022-3, U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION AS INDENTURE TRUSTEE's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

BY THE COURT

_____
Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge