United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11427-amc |
| Bernice Louellen Shippen | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA 19003-1232 |
| 14896564 | + | JPMORGAN CHASE BANK, N.A., c/o ALYK L OFLAZIAN, Manley Deas & Kochalski LLC, 1555 Lakeshore Drive, Columbus, OH 43204-3825 |
| 14928470 | + | Lower Merion Township, 40 East Airy Street, Attn: Gilbert P. High, Jr., Esquire, Norristown, PA 19401-4803 |
| 14878346 | | Montgomery County Tax Claim Bureau, 1 Montgomery Plz Ste 600, Norristown, PA 19401-4851 |
| 14878354 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14904693 | | Towd Point Mortgage Trust 2022-3, U.S. Bank Trust, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14878359 | | Township of Lower Merion, 75 E Lancaster Ave, Ardmore, PA 19003-2300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 20 2024 23:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| 14878325 | | Email/Text: bncnotifications@pheaa.org | Sep 20 2024 23:50:00 | AES, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14878324 | | Email/Text: bankruptcy@rentacenter.com | Sep 20 2024 23:51:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 14878326 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 20 2024 23:58:52 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14878327 | | Email/Text: ally@ebn.phinsolutions.com | Sep 20 2024 23:50:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 14878328 | | Email/Text: bncnotifications@pheaa.org | Sep 20 2024 23:50:00 | American Education Services, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14899185 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 23:58:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14878329 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2024 23:58:57 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14878330 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2024 23:50:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14878335 | | Email/Text: megan.harper@phila.gov | | |

Case 24-11427-amc   Doc 46   Filed 09/22/24   Entered 09/23/24 00:36:32   Desc Imaged
                             Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf900 | Total Noticed: 63 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Sep 20 2024 23:51:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14888937 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 23:58:52 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14878331 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 23:58:49 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14878332 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 20 2024 23:58:45 | Ccholdings, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14878334 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:57 | Citibank, Attn: Citicorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14882486 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:47 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14878336 | | Email/Text: bankruptcy@philapark.org | Sep 20 2024 23:51:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14878337 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2024 23:50:00 | Comenity Capital Bank, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14878338 | ^ | MEBN | Sep 20 2024 23:47:16 | Cornerstone, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 14878339 | | Email/Text: mrdiscen@discover.com | Sep 20 2024 23:50:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14878344 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 23:58:46 | Macy's/ DSNB, Atytn: Bankruptcy 701 E. 60th Street Nor, Sioux Falls, SD 57104 |
| 14912704 | | Email/Text: mrdiscen@discover.com | Sep 20 2024 23:50:00 | Discover Bank, P.O. Box 3025, New Albany, OH 43054-3025 |
| 14878341 | | Email/Text: BNSFS@capitalsvcs.com | Sep 20 2024 23:50:00 | First Savings Bank, Attn: Bankruptcy, 1500 S Highline Ave, Sioux Falls, SD 57110-1003 |
| 14878340 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 20 2024 23:51:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14878342 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 20 2024 23:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14878343 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 20 2024 23:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14898038 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 20 2024 23:51:00 | Jefferson Capital Systems LLC, PO Box 7999, St, Cloud, MN 56302-9617 |
| 14878333 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2024 23:58:44 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 14896924 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2024 23:58:44 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix AZ 85038-9505 |
| 14896063 | | Email/Text: amps@manleydeas.com | Sep 20 2024 23:50:00 | JPMorgan Chase Bank, N.A., c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14883566 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 20 2024 23:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14881753 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2024 23:58:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14878345 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 20 2024 23:50:00 | Mariner Finance, LLC, Attn: Bankruptcy 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 14878349 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 20 2024 23:50:00 | NMAC, Attn: Bankruptcy, PO Box 660366, |

| | | | | |
|---|---|---|---|---|
| | | | | Dallas, TX 75266-0366 |
| 14878347 | + | Email/PDF: pa_dc_claims@navient.com | Sep 20 2024 23:58:56 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 14878348 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 20 2024 23:51:00 | Nelnet, Attn: Bankruptcy, 121 S 13th St, Lincoln, NE 68508-1922 |
| 14878350 | | Email/Text: bnc@nordstrom.com | Sep 20 2024 23:50:49 | Nordstrom FSB, ATTN: Bankruptcy, PO Box 6555, Englewood, CO 80155-6555 |
| 14907911 | + | Email/PDF: cbp@omf.com | Sep 20 2024 23:58:45 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14878351 | | Email/Text: fesbank@attorneygeneral.gov | Sep 20 2024 23:50:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14900775 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 23:58:55 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14878352 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2024 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14878353 | ^ | MEBN | Sep 20 2024 23:47:26 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14878355 | | Email/Text: bankruptcy@philapark.org | Sep 20 2024 23:51:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14904383 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2024 23:50:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14881318 | | Email/Text: bnc-quantum@quantum3group.com | Sep 20 2024 23:50:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14878356 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 20 2024 23:51:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 14878357 | + | Email/PDF: cbp@omf.com | Sep 20 2024 23:58:52 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 14878358 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2024 23:58:49 | Synchrony Bank, Po Box 965064, Orlando, FL 32896-5064 |
| 14889779 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2024 23:58:45 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14880869 | + | Email/Text: RASEBN@raslg.com | Sep 20 2024 23:50:00 | Towd Point Mortgage Trust 2022-3, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14878360 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 20 2024 23:51:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14878361 | ^ | MEBN | Sep 20 2024 23:47:13 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14878362 | | Email/Text: bankruptcies@uplift.com | Sep 20 2024 23:50:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale, CA 94085-3869 |
| 14878363 | + | Email/Text: LCI@upstart.com | Sep 20 2024 23:50:00 | Upstart, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 14881484 | ^ | MEBN | Sep 20 2024 23:46:46 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 56

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYK L OFLAZIAN | on behalf of Creditor JPMORGAN CHASE BANK N.A. amps@manleydeas.com |
| MICHAEL A. CIBIK | on behalf of Debtor Bernice Louellen Shippen help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Towd Point Mortgage Trust 2022-3 U.S. Bank Trust Company, National Association as Indenture Trustee, mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Towd Point Mortgage Trust 2022-3 U.S. Bank Trust Company, National Association as Indenture Trustee, rshearer@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor Towd Point Mortgage Trust 2022-3 rshearer@raslg.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Bernice Louellen Shippen<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-11427-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 20, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE