**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Bernice Louellen Shippen** | : | Case No.: **24-11427** |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge **Ashely M. Chan** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **JPMorgan Chase Bank, N.A.** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Alyk L. Oflazian
Alyk L. Oflazian (312912)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax 614-627-8181
ALOflazian@mdklegal.com

/s/ Stephen R. Franks
Stephen R. Franks (333394)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
srfranks@mdklegal.com

24-012581_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.:** 24-11427 |
| **Bernice Louellen Shippen** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **JPMorgan Chase Bank, N.A.** | : **Related Document #** |
| **Movant,** | : |
| vs | : |
| | : |
| **Bernice Louellen Shippen** | : |
| **Scott F. Waterman** | : |
| **Respondents.** | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

Michael A. Cibik, Attorney for Bernice Louellen Shippen, help@cibiklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Bernice Louellen Shippen, 108 W Spring Ave Apt 9, Ardmore, PA  19003-1232

/s/ Stephen R. Franks

24-012581_PS